# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED AHM ABDULLAH AL ANSI**, *et al.*, | **:** | |
| | **:** | |
| | **:** | |
| **Petitioners,** | **:** | |
| | **:** | |
| v. | **:** | **Civil Action No. 08-1923 (GK)** |
| | **:** | |
| **BARACK H. OBAMA,** *et al.*, | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## <u>ORDER</u>

Respondents have filed a Motion to amend the Court's Scheduling Order of June 2, 2010, because of their inability to comply with various discovery orders entered in this case. Respondents request a 50-day extension of all existing deadlines. Because of his need to obtain the documents which have been ordered to be produced for his Merits Hearing, Petitioner is not objecting to the extension of deadlines.

**WHEREFORE**, it is this 6th day of October, 2010, hereby

**ORDERED**, that Respondents shall have up to and including December 3, 2010, by 5:00 p.m., to certify compliance with their exculpatory production requirements; and it is further

**ORDERED**, that the parties shall file Motions for Judgment on the Record on or before December 17, 2010, by 5:00 p.m.; and it is further

**ORDERED**, that Petitioner shall file a Praecipe regarding his participation at the Merits Hearing on or before December 28, 2010, by 5:00 p.m.; and it is further

**ORDERED**, that the parties shall file their Oppositions to the Motions for Judgment on the Record on or before January 14, 2011, by 5:00 p.m.; and it is further

**ORDERED**, that the parties shall file their statement of disputed issues on or before January 14, 2011, by 5:00 p.m.; and it is further

**ORDERED**, that the parties shall file their exhibits on or before January 20, 2011, by 5:00 p.m.; and it is further

**ORDERED**, that the parties shall appear for a final Pretrial Conference on January 20, 2011, at 3:00 p.m.;[1] and it is further

**ORDERED**, that the Merits Hearing shall be held on February 17-25, 2011, and it is further

**ORDERED**, that given the lengthy extension of time sought by the Government, the Court fully expects that all new deadlines set forth in this Order **will** be complied with.  Failure by the Government to comply with the December 3, 2010, deadline for compliance with its exculpatory production requirements, may result in preclusion of evidence at the Merits Hearing.

/s/
Gladys Kessler
United States  District Judge

**Copies via ECF to all counsel of record**

---

[1]     If the parties, because of travel arrangements, prefer to have the Pretrial Conference earlier on January 20, 2011, they should file a Praecipe to that effect **as soon as possible**.